JACK WEINSTEIN, APPELLANT, *v.* SHERIFF, CLARK COUNTY, NEVADA, RESPONDENT.

No. 7084

May 21, 1973                     509 P.2d 825

*James L. Buchanan, II,* of Las Vegas, for Appellant.

*Robert List,* Attorney General, Carson City; *Roy A. Woofter,* District Attorney, and *Charles L. Garner,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

This appeal from the denial of pre-trial habeas relief challenges the sufficiency and validity of the evidence on which the grand jury indicted appellant for the fraudulent use of credit cards in violation of NRS 205.760. The challenge is without merit.

Affirmed.